

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2018

No. 04-18-00551-CV

James Brent **MANSFIELD**,
Appellant

v.

Stormie Ray **MANSFIELD**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-17710
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

On August 23, 2018, Appellant filed a Motion to Require Findings of Fact and Conclusions of Law. Upon review, we **ORDER** appellees to file in this court on or before **September 25, 2018** a response to appellant's Motion to Require Findings of Fact and Conclusions of Law.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court